United States District Court
Southern District of Texas
**ENTERED**
April 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANA PAULA JANE ZEQUEIRA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-340 |
| | § | |
| WARDEN, EL VALLE DETENTION FACILITY, | § | |
| *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Ana Paula Jane Zequeira filed a Notice of Voluntary Dismissal (Doc.7), dismissing all of her claims against Respondents without prejudice and without costs or fees to any party. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a petitioner may dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment". The requirements of Rule 41(a)(1)(A)(i) have been met. The Notice dismisses this action without court order.

The Clerk of Court is directed to close this matter.

Signed on April 30, 2026.

Fernando Rodriguez, Jr.
United States District Judge